## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOE, subscriber assigned IP address
76.106.24.218,

      Defendant.

_____/

Civil Action No. 1:13-cv-03430-GLR

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe

("Defendant") from this action <u>without prejudice</u>.  John Doe was assigned the IP address

76.106.24.218.   Pursuant to Fed.R.Civ.P.  41(a)(1)(A)(i) Defendant John Doe has neither

answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for

administrative purposes.

Dated: January 15, 2014

Respectfully submitted,

By:  ___/s/ *Jon A. Hoppe*___
Jon A. Hoppe, Esquire
jhoppe@mhhhlawfirm.com
MADDOX, HOPPE, HOOFNAGLE &
HAFEY, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
Phone: 301-341-2580
*Attorney for Plaintiff*

APPROVED THIS 22nd DAY OF January 20 14.

GEORGE L. RUSSELL, III, U.S.D.J.